# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| ZAIMAH AZIZ, | : | No. 110 EM 2016 |
| Petitioner | : | |
| | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA AND MAROM INVESTMENT LLC, | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 1st day of September, 2016, the "Kings [sic] Bench Matter" is **DENIED**.